STATE OF MINNESOTA

IN SUPREME COURT

ADM05-8001



FILED

December 16, 2015

OFFICE OF
APPELLATE COURTS

In re Administrative Suspension of
Kevin Michael Koepke, a Minnesota Attorney,
Registration No. 0245306.

# O R D E R

On December 8, 2015, we administratively suspended respondent Kevin Michael Koepke from the practice of law under Rule 30, Rules on Lawyers Professional Responsibility, for failing to pay court-ordered child and spousal support. On December 11, 2015, the Director of the Office of Lawyers Professional Responsibility recommended that the court reinstate respondent in light of a recent district court order modifying respondent's child and spousal support obligations.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that respondent Kevin Michael Koepke is reinstated to the practice of law in the State of Minnesota.

Dated: December 16, 2015

BY THE COURT:

David R. Stras
Associate Justice